FILED
JUN 26 2024
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR- **141-SDJ-AGD** |
| | § | Judge |
| THOMAS AQUINAS VANDENOEVER | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. §§ 2251(a) and (e)
(Sexual Exploitation of Children a/k/a
Production of Child Pornography)

Between on or about January 1, 2019, and on or about January 31 2019, in the Eastern District of Texas, **Thomas Aquinas Vandenoever**, defendant, did knowingly employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. Specifically, the defendant, **Thomas Aquinas Vandenoever**, did

employ, use, persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using the internet and digital devices he owned and possessed.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## Count Two

Violation: 18 U.S.C. §§ 2251(a) and (e)
(Sexual Exploitation of Children a/k/a
Production of Child Pornography)

Between on or about March 1, 2019, and on or about March 31, 2019, in the Eastern District of Texas, **Thomas Aquinas Vandenoever**, defendant, did knowingly employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. Specifically, the defendant, **Thomas Aquinas Vandenoever**, did employ, use, persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using the internet and digital devices he owned and possessed.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## Count Three

Violation: 18 U.S.C. §§ 2251(a) and (e)
(Sexual Exploitation of Children a/k/a
Production of Child Pornography)

On or about July 22, 2022, in the Eastern District of Texas, **Thomas Aquinas Vandenoever**, defendant, did knowingly employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and that such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. Specifically, the defendant, **Thomas Aquinas Vandenoever**, did employ, use, persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using the internet and digital devices he owned and possessed.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant, **Thomas Aquinas Vandenoever**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. Lenovo ThinkPad X131e laptop computer, bearing serial number 70703942;
2. Compaq Model 1456VQLIN laptop computer, bearing serial number 1V99CTS9T6PW;
3. Blue custom built desktop computer with a transparent side and skull fan cover containing two Seagate Barracuda hard drives;
4. Black ASUS Model CM1831 desktop computer, bearing serial number C4PDCG000CWE and containing a Seagate hard drive;
5. IBUYPOWER Model i Series 301 desktop computer, bearing serial number 80AF-2810-6320-787E-31;
6. 20 VHS cassette tapes;
7. Assorted removable media, including 28 USB drives, 3 memory cards, 64GB SD card, 2 compact flash cards, 9 micro SD cards, and REV 35/90 GB disc;
8. 3 – 8MM cassette tapes;
9. Lenovo ThinkPad laptop computer, bearing serial number PF-4DMDFX;
10. Assorted read-write discs and DVD discs;
11. Sony Model HDR-CX240 camcorder, bearing serial number 3295423;
12. Nikon Coolpix Model S3300 camera, bearing serial number 30381992;
13. Western Digital 2TB hard drive, bearing serial number WCAZAH590901;
14. Western Digital 1TB hard drive, bearing serial number WCAV5N567675;

15. White Apple iPhone in a blue case with a SIM card taped to the front;

16. Samsung Galaxy S20 cellular phone, bearing seral number SM-678IU;

17. Seagate 4TB hard drive, bearing serial number NABC4WG1;

18. Silicon Power 512GB hard drive, bearing serial number 2307219212371E;

19. Eaget 500GB Model G55EAGET hard drive, bearing serial number G55PABN8E0475;

20. Toshiba 4TB hard drive, bearing serial number 12WOAO6HFZIG;

21. Seagate 2TB hard drive, bearing serial number NA982SZ9;

22. HGST 10TB hard drive, bearing serial number 7PKWTIXC;

23. Raspberry PI single board computer, bearing serial number W95210199 and containing a PNY 64GB SD card;

24. Westpoint Stevens Inc. full/queen multi-colored blanket with triangle designs in a gray zipper pouch; and

25. One pair of men's XL pajama pants with the "Star Wars" logo.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1. any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

A TRUE BILL

GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

MARISA J. MILLER
Assistant United States Attorney
AUSA Robert Wells for

Date: 6/26/24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR- |
| | § | Judge |
| THOMAS AQUINAS VANDENOEVER | § | |

**NOTICE OF PENALTY**

**Counts One through Three**

Violation: 18 U.S.C. §§ 2251(d)(a) and (e)

Penalty: Imprisonment for not less than 15 years and not more than 30 years; if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than 25 years and not more than 50 years; if the defendant has two or more convictions under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to the sexual exploitation of children, such person shall be imprisoned for not less than 35 years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $ 5000.00