IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA        §
                                §
VS.                             §    CASE NUMBER 4:24CR141
                                §
THOMAS AQUINAS VANDENOEVER       §

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The Court referred this matter to United States Magistrate Judge Aileen Goldman Durrett pursuant to 28 U.S.C. § 636(b) and Local Rules for the United States District Court for the Eastern District of Texas to determine competency. Judge Durrett conducted a hearing in the form and manner prescribed by 18 U.S.C. § 4247(d) and issued her Report and Recommendation on Defendant's competency to stand trial. The magistrate judge recommended that the Court find Defendant competent to stand trial because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. *See* 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Aileen Goldman Durrett is **ADOPTED**.

It is further **ORDERED** that in accordance with the Defendant's competency to stand trial, the Court finds the Defendant is competent.

**So ORDERED and SIGNED this 11th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE