IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-CR-00141-SDJ-AGD |
| v. | § | |
| | § | |
| THOMAS AQUINAS VANDENOEVER, | § | |
| | § | |
| | § | |
| Defendant. | | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 21, 2025, the Magistrate Judge entered a Report, (Dkt. #48), recommending that Defendant Thomas Aquinas Vandenoever's Motion to Suppress Evidence (Dkt. #31) be denied. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Suppress Evidence (Dkt. #31) is **DENIED.**

So ORDERED and SIGNED this 5th day of August, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE