IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:24CR141 |
| v. | § | Judge Jordan |
| | § | |
| THOMAS AQUINAS VANDENOEVER | § | |

# FACTUAL BASIS

The defendant, **Thomas Aquinas Vandenoever**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Thomas Aquinas Vandenoever (Vandenoever)**, who is changing his plea to guilty, admits that he is the individual charged in the Indictment.

2. As charged in Count One of the Indictment, between on or about January 1, 2019, and on or about January 31, 2019, in the Eastern District of Texas, **Vandenoever** employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct.

3. As charged in Count Two of the Indictment, between on or about March 1, 2019, and on or about March 31, 2019, in the Eastern District of Texas, **Vandenoever** employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct.

4. And as charged in Count Three of the Indictment, on or about July 22, 2022, in the Eastern District of Texas, **Vandenoever** employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct.

5. **Vandenoever** admits that at the time of the offenses set forth in Counts One, Two, and Three, he knew that Victim 1 was a minor who had not yet attained the age of 12-years old. **Vandenoever** further admits that Victim 1 was under his custody, care, and supervisory control.

6. Specifically, **Vandenoever** admits that he caused Victim 1 to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A)(i), including by engaging in conduct that resulted in the penetration of Victim 1's genitals, as well as the lascivious display of Victim 1's genitals. **Vandenoever** acknowledges that this conduct would constitute sadistic or masochistic abuse, or other depictions of violence.

7. **Vandenoever** further admits that he used digital devices he owned and possessed to record Victim 1 engaged in sexually explicit conduct. The digital devices **Vandenoever** utilized included:

a. Lenovo ThinkPad X131e laptop computer, bearing serial number 70703942;

b. Compaq Model 1456VQLIN laptop computer, bearing serial number 1V99CTS9T6PW;

c. Blue custom built desktop computer with a transparent side and skull fan cover containing two Seagate Barracuda hard drives;

d. Black ASUS Model CM1831 desktop computer, bearing serial number C4PDCG000CWE and containing a Seagate hard drive;

e. IBUYPOWER Model i Series 301 desktop computer, bearing serial number 80AF-2810-6320-787E-31;

f. Lenovo ThinkPad laptop computer, bearing serial number PF-4DMDFX;

g. Sony Model HDR-CX240 camcorder, bearing serial number 3295423;

h. Nikon Coolpix Model S3300 camera, bearing serial number 30381992;

i. Western Digital 2TB hard drive, bearing serial number WCAZAH590901;

j. Western Digital 1TB hard drive, bearing serial number WCAV5N567675;

k. White Apple iPhone in a blue case with a SIM card taped to the front;

l. Samsung Galaxy S20 cellular phone, bearing seral number SM-678IU;

m. Seagate 4TB hard drive, bearing serial number NABC4WG1;

n. Silicon Power 512GB hard drive, bearing serial number 2307219212371E;

o. Eaget 500GB Model G55EAGET hard drive, bearing serial number G55PABN8E0475;

p. Toshiba 4TB hard drive, bearing serial number 12WOAO6HFZIG;

q. Seagate 2TB hard drive, bearing serial number NA982SZ9;

r. HGST 10TB hard drive, bearing serial number 7PKWTIXC;

s. Raspberry PI single board computer, bearing serial number W95210199 and containing a PNY 64GB SD card;

t. Westpoint Stevens Inc. full/queen multi-colored blanket with triangle designs in a gray zipper pouch; and

u. One pair of men's XL pajama pants with the "Star Wars" logo.

8. **Vandenoever** acknowledges that these devices are all manufactured outside of the State of Texas and, thus, the devices themselves traveled in interstate and foreign commerce.

9. **Vandenoever** further admits that he distributed at least one recording of Victim 1 engaged in sexually explicit conduct through an online platform, where it was received by other individuals.

10. **Vandenoever** finally admits that all of the conduct described herein occurred at a location in Collin County, Texas, within the Eastern District of Texas.

**SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT**
**THOMAS AQUINAS VANDENOEVER**

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 9/6/25

THOMAS AQUINAS VANDENOEVER
Defendant

**SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT**

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 9/6/2025

MICHAEL J. WISS
Attorney for the defendant